NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GERALD D. GOMEZ,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3205

---

Petition for review of the Merit Systems Protection Board in case no. NY0752100238-I-1.

---

## ON MOTION

---

## ORDER

Gerald D. Gomez moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**NOV 17 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Gerald D. Gomez
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 17 2011

JAN HORBALY
CLERK